IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JOSE ARNOLDO PERALTA RODRIGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:26-cv-1999 (LMB/LRV) |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

Before the Court is petitioner Jose Arnoldo Peralta Rodriguez's ("Peralta Rodriguez")

Amended Petition for Writ of Habeas Corpus ("Amended Petition"), in which he asserts that he

has been illegally detained by the U.S. Department of Homeland Security's ("DHS")

Immigration and Customs Enforcement ("ICE") agency. Specifically, he alleges that his

detention "without a constitutionally adequate hearing" is unlawful and that he should be

provided a bond hearing pursuant to § 1226(a). [Dkt. No. 1] at 7 (emphasis in original).

In the federal respondents' opposition to the Amended Petition, they explain that on

December 31, 2000, Peralta Rodriguez, a native and citizen of Guatemala, was admitted to the

United States in Washington D.C. on a Temporary Visitor for Pleasure/Tourism (B2) visa, which

expired on June 30, 2001. [Dkt. No. 6-1] at ¶ 5. Peralta Rodriguez overstayed the visa and was

taken into civil immigration custody on June 27, 2026 during a "targeted enforcement" in

Beltsville, Maryland. Id. ¶ 6. Based on his immigration history, the federal respondents

maintain that petitioner "is currently detained under 8 U.S.C. § 1226 and can seek bond before

the Immigration Court pursuant to 8 C.F.R. § 1003.19[.]" [Dkt. No. 4] at 12-13. The federal

respondents contend that the only reason Peralta Rodriguez has not received a § 1226(a) bond

hearing is because he has "chosen not to" seek bond before the Immigration Court. Id. at 12. Because the parties agree that Peralta Rodriguez qualifies for a § 1226(a) bond hearing, Peralta Rodriguez's Petition, [Dkt. No. 1], is GRANTED,[1] and it is hereby

ORDERED that Peralta Rodriguez be promptly released from custody, with all his personal property, in order to appear at a bond hearing before an Immigration Judge; and it is further

ORDERED that Peralta Rodriguez live at a fixed address which he must provide to the federal respondents[2]; and it is further

ORDERED that respondents provide Peralta Rodriguez with an individualized bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) within 14 days of the date of this Order.

The Clerk is directed to forward a copy of this Order to counsel of record and close this civil action.

Entered this 30 day of July, 2026.

Alexandria, Virginia

/s/
Leonic M. Brinkema
United States District Judge

---

[1] The parties also dispute the legality of Peralta Rodriguez's arrest and detainment, see [Dkt. No. 4] at ¶ 34, [Dkt. No. 6] at 8-13; however, because the Amended Petition seeks a "constitutionally adequate bond hearing" and both parties agree that petitioner is entitled to a bond hearing under 8 U.S.C. § 1226(a), the Court finds it appropriate to grant Peralta Rodriguez a bond hearing and release him pending the Immigration Judge's decision. The Court need not address the Amended Petition's other arguments.

[2] If petitioner opts to file a pleading in this civil action notifying the federal respondents of his fixed address, petitioner should file that pleading under seal.

2